UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

Zahjean Hutchinson

Defendant

7:23-CR-00054-001 (KMK)

ORDER

Kenneth M. Karas, United States District Judge:

It is hereby ORDERED that the defendant, Zahjean Hutchinson, be restricted to his residence every day from 7:00pm to 7:00am; or as directed by the supervising officer (curfew). Zahjean Hutchinson will be monitored by the form of location monitoring for a period of 7 months and must abide by all technology requirements. The technology will be at the discretion of the probation officer.

Dated: White Plains, New York
July 14, 2026

SO ORDERED:

KENNETH M. KARAS
United States District Judge